UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Fausto Fonseca Jr.**                                   **Docket No. 7:11-CR-24-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fausto Fonseca Jr., who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Cocaine and a Quantity of Marijuana, in violation of 21 U.S.C. § 841 ( a)(l ), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(l)(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 28, 2013, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Fausto Fonseca, Jr., was released from custody on August 21, 2019, at which time the term of supervised release commenced.

On February 14, 2020, a Petition for Action was submitted to the court requesting an added condition of mental health treatment. The Court agreed.

On July 13, 2020, a Petition for Action was submitted to the court reporting criminal conduct. It was recommended that the defendant would not have any contact with the victim and for supervision to continue. The Court agreed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Fausto reported he is interested in completing the Moral Reconation Therapy group that would reduce his chances to recidivate. Moral Reconation Therapy is a cognitive-behavioral treatment system that leads to enhanced moral reasoning, better decision making, and more appropriate behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Fausto Fonseca Jr.
Docket No. 7:11-CR-24-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2034
Executed On: December 3, 2021

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___December___, 2021, and ordered filed and
made a part of the records in the above case.

James C. Dever III
U.S. District Judge